Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29320−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent M. Cavaliere
   2 Worthington Terraace
   Flemington, NJ 08822

Social Security No.:
   xxx−xx−1131

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/28/18 and a confirmation hearing on such Plan has been scheduled for 1/8/19.

The debtor filed a Modified Plan on 12/14/18 and a confirmation hearing on the Modified Plan is scheduled for 1/22/19 AT 10:00 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 17, 2018
JAN: amg

Jeanne Naughton
Clerk

```
                           United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 18-29320-MBK
Vincent M. Cavaliere                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 17, 2018
                              Form ID: 186             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Vincent M. Cavaliere,   2 Worthington Terraace,    Flemington, NJ 08822-3511
aty            +Janelly Landa,   Schiller Knapp Lefkowitz & Hertzel,   30 Montgomery Street,   Suite 1205,
                 Jersey City, NJ 07302-3835
517782883      +Bank Of America,   4909 Savarese Circle,    Tampa, FL 33634-2413
517782887       New Jersey Attorney General Office,    Division of Law, RJH Justice Complex,   25 Market Street,
                 PO Box 112,   Trenton, NJ 08625-0112
517782888     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  New Jersey Division of Taxation,
                 Compliance & Enforcement Bankruptcy Unit,   50 Barracks St., 9th Flr,   PO Box 245,
                 Trenton, NJ 08695-0267)
517782889      +Schiller,Knapp,Lefkowitz & Hertzel,   Attn: Elliot Smeltzer,Esq.,
                 30 Montgomery St. Suite 1205,   Jersey City, NJ 07302-3835
517782890       Specialized Loan Servicing,   P.O. Box 636005,   Littleton, CO 80163-6005
517840268      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:05     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:01     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2018 00:14:32
                 Bayview Loan Servicing LLC,   4425 Ponce De Leon Blvd., 4th Floor,
                 Coral Gables, FL  33146-1837
517832259       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 18 2018 00:14:14     Acura Financial Services,
                 National Bankruptcy Center,   P.O. Box 168088,   Irving, TX 75016-8088
517782882       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 18 2018 00:14:14     American Honda Finance,
                 Attn: Bankruptcy,   Po Box 168088,   Irving, TX 75016
517782884      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2018 00:14:32
                 Bayview Loan Servicing,   4425 Ponce de Leon Boulevard,   Suite 500,   Miami, FL 33146-1873
517782885      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2018 00:14:32
                 Metropolitan Life Insurance Company,   c/o Bayview Loan Servicing,
                 4425 Ponce de Leon Boulevard,   Suite 500,   Miami, FL 33146-1873
517908969      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 18 2018 00:14:32
                 Metropolitan Life Insurance Company,   c/o Bayview Loan Servicing, LLC,
                 4425 Ponce de Leon Blvd, 5th Floor,   Coral Gables, FL 33146-1837
                                                                                                TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517782881*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court:  Acura Financial Services,   P.O. Box 65507,
                 Wilmington, DE 19808-0507)
517782886*     +Metropolitan Life Insurance Company,   c/o Bayview Loan Servicing,
                 4425 Ponce de Leon Boulevard,   Suite 500,   Miami, FL 33146-1873
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2               Date Rcvd: Dec 17, 2018
                              Form ID: 186              Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Vincent M. Cavaliere wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                           TOTAL: 5
```