UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Vincent Cavaliere
Our File No.   1161.57205
wwolfsonlaw@comcast.net

Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN THE MATTER OF

Vincent Cavaliere, Debtor(s)

CASE NO.: 18-29320
CHAPTER 13
ADV NO.:
HEARING DATE:
JUDGE: Michael B. Kaplan

## ORDER FOR APPROVAL OF MORTGAGE MODIFICATION FOR 2 WORTHINGTON TERRACE, FLEMINGTON, NJ 08822

The relief set forth on the following pages, numbered two through _____, is hereby ORDERED.

**DATED: April 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Vincent Cavaliere
Case No.: 18-29320 (MBK)
Caption of Order: ORDER FOR APPROVAL OF MORTGAGE MODIFICATION FOR 2 WORTHINGTON TERRACE, FLEMINGTON, NJ 08822
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for the debtor, Vincent Cavaliere, on notice to the Chapter 13 Trustee, Bayview Loan Servicing, LLC and its counsel, it is hereby

ORDERED that:

1. The Court approves the mortgage modification offered to Vincent Cavaliere as set forth in the Certification of the Debtor and Exhibit B of the moving papers.

2. The debtor is authorized to sign any mortgage modification documents requested or required by Bayview Loan Servicing, LLC for the purpose of a permanent modification of the mortgage on 2 Worthington Terrace, Flemington, NJ 08822.

3. A copy of this order may be recorded with any mortgage modification documents filed with the Hunterdon County Clerk's Office if required by Bayview Loan Servicing, LLC.

4. The debtor shall file a modified plan and an amended Schedule J within 20 days of the entry of this order.

5. The debtor shall file any motions deemed necessary to address the claim of the mortgage being modified within 30 days of the entry of this order.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion within 7 days.