UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

William S. Wolfson, Esq., L.L.C.
260 U.S. Highway 202/31, Suite 1100
Flemington, NJ 08822-1794
908 782-9333
Attorney for Vincent Cavaliere
Our File No.   1161.57205
wwolfsonlaw@comcast.net

IN THE MATTER OF

Vincent Cavaliere, Debtor(s)

**Order Filed on April 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

CASE NO.: 18-29320
CHAPTER 13
ADV NO.:
HEARING DATE:
JUDGE: Michael B. Kaplan

## ORDER FOR APPROVAL OF MORTGAGE MODIFICATION FOR 2 WORTHINGTON TERRACE, FLEMINGTON, NJ 08822

The relief set forth on the following pages, numbered two through ____, is hereby ORDERED.

**DATED: April 17, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor(s): Vincent Cavaliere
Case No.: 18-29320 (MBK)
Caption of Order: ORDER FOR APPROVAL OF MORTGAGE MODIFICATION FOR 2
WORTHINGTON TERRACE, FLEMINGTON, NJ 08822
Page 2

Upon the motion of William S. Wolfson, Esq., attorney for the debtor, Vincent Cavaliere, on
notice to the Chapter 13 Trustee, Bayview Loan Servicing, LLC and its counsel, it is hereby

ORDERED that:

1. The Court approves the mortgage modification offered to Vincent Cavaliere as set forth in the
Certification of the Debtor and Exhibit B of the moving papers.

2. The debtor is authorized to sign any mortgage modification documents requested or required
by Bayview Loan Servicing, LLC for the purpose of a permanent modification of the mortgage
on 2 Worthington Terrace, Flemington, NJ 08822.

3. A copy of this order may be recorded with any mortgage modification documents filed with
the Hunterdon County Clerk's Office if required by Bayview Loan Servicing, LLC.

4. The debtor shall file a modified plan and an amended Schedule J within 20 days of the entry of
this order.

5. The debtor shall file any motions deemed necessary to address the claim of the mortgage
being modified within 30 days of the entry of this order.

6. The movant shall serve this order on the debtor, any trustee and any other party who entered
an appearance on the motion within 7 days.

United States Bankruptcy Court
District of New Jersey

In re:                                                      Case No. 18-29320-MBK
Vincent M. Cavaliere                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 17, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db              +Vincent M. Cavaliere,   2 Worthington Terraace,   Flemington, NJ 08822-3511

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   Metropolitan Life Insurance Company
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz   on behalf of Creditor   Metropolitan Life Insurance Company
           rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William S. Wolfson   on behalf of Debtor Vincent M. Cavaliere wwolfsonlaw@comcast.net,
           liza.wwolfsonlaw@comcast.net
                                                                      TOTAL: 5