Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−29320−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vincent M. Cavaliere
   2 Worthington Terraace
   Flemington, NJ 08822

Social Security No.:
   xxx−xx−1131

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/30/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2019
JAN: kmf

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Vincent M. Cavaliere  
    Debtor

Case No. 18-29320-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: May 30, 2019  
                     Form ID: 148    Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db            +Vincent M. Cavaliere,    2 Worthington Terraace,    Flemington, NJ 08822-3511
aty           +Janelly Landa,    Schiller Knapp Lefkowitz & Hertzel,    30 Montgomery Street,    Suite 1205,
                Jersey City, NJ 07302-3835
517782883     +Bank Of America,    4909 Savarese Circle,    Tampa, FL 33634-2413
517782887      New Jersey Attorney General Office,    Division of Law, RJH Justice Complex,    25 Market Street,
                PO Box 112,    Trenton, NJ 08625-0112
517782888    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court:  New Jersey Division of Taxation,
                  Compliance & Enforcement Bankruptcy Unit,    50 Barracks St., 9th Flr,    PO Box 245,
                  Trenton, NJ 08695-0267)
517782889     +Schiller,Knapp,Lefkowitz & Hertzel,    Attn: Elliot Smeltzer,Esq.,
                30 Montgomery St. Suite 1205,    Jersey City, NJ 07302-3835
517782890      Specialized Loan Servicing,    P.O. Box 636005,    Littleton, CO 80163-6005
517840268     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 23:34:23     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 23:34:19      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2019 23:34:41
                Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd., 4th Floor,
                Coral Gables, FL  33146-1837
517832259      EDI: HNDA.COM May 31 2019 03:13:00      Acura Financial Services,    National Bankruptcy Center,
                P.O. Box 168088,    Irving, TX 75016-8088
517782882      EDI: HNDA.COM May 31 2019 03:13:00      American Honda Finance,    Attn: Bankruptcy,
                Po Box 168088,    Irving, TX 75016
517782884     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2019 23:34:41
                Bayview Loan Servicing,    4425 Ponce de Leon Boulevard,    Suite 500,    Miami, FL 33146-1873
517782885     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2019 23:34:41
                Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing,
                4425 Ponce de Leon Boulevard,    Suite 500,    Miami, FL 33146-1873
517908969     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 30 2019 23:34:41
                Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing, LLC,
                4425 Ponce de Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517782881*   ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:  Acura Financial Services,    P.O. Box 65507,
                  Wilmington, DE 19808-0507)
517782886*    +Metropolitan Life Insurance Company,    c/o Bayview Loan Servicing,
                4425 Ponce de Leon Boulevard,    Suite 500,    Miami, FL 33146-1873
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: 148             Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Metropolitan Life Insurance Company
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Metropolitan Life Insurance Company
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William S. Wolfson    on behalf of Debtor Vincent M. Cavaliere wwolfsonlaw@comcast.net,
               liza.wwolfsonlaw@comcast.net
                                                                                             TOTAL: 5
```